# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VALERIE BROOKS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>SPRINKLES CUPCAKES CA, LLC, et al.,<br><br>　　　　　Defendants. | Case No. 2:19-CV-01688-KJM-KJN<br><br>**ORDER RE STIPULATION TO SET ASIDE ENTRY OF DEFAULT AND TO WITHDRAW PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT JUDGMENT**<br><br>**(ECF No. 7)** |

The Court having reviewed the parties' Stipulation to Set Aside Entry of Default and to Withdraw Plaintiff's Motion for Entry of Default Judgment, and good cause appearing,

**IT IS HEREBY ORDERED THAT:**

1. The default entered by the Clerk of Court on January 3, 2020, as to defendant Sprinkles Cupcakes CA, LLC (Docket No. 7) shall be and hereby is set aside for good cause pursuant to Rule 55(c) of the Federal Rules of Civil Procedure.

2. Plaintiffs' Motion for Entry of Default Judgment as to Defendant Sprinkles Cupcakes CA, LLC (Docket No. 9) has been withdrawn, and the hearing on that motion, currently scheduled for March 5, 2020, at 10:00 a.m., in Courtroom 25 of this Court, shall be and hereby is vacated.

3. Defendant shall file and serve any responsive pleading under Rule 12 of the Federal Rules of Civil Procedure within 20 days after entry of this Order.

Dated: February 21, 2020

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

IT IS SO ORDERED

/1688.brooks

110513154.1